**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| MANUEL OLIVAS-MOTTA,<br>*Petitioner*,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General,<br>*Respondent*. | No. 10-72459<br><br>Agency No.<br>A021-179-705<br><br>ORDER |

On Petition for Review of an Order of the
Board of Immigration Appeals

Filed April 1, 2014

Before: Proctor Hug, Jr., Andrew J. Kleinfeld,
and William A. Fletcher, Circuit Judges.

**ORDER**

Petitioner's motion to recall the mandate and amend opinion is hereby **GRANTED**.

This court's mandate, issued on July 11, 2013, is recalled.

This court's opinion, filed May 17, 2013 and cited at *Olivas-Motta v. Holder*, 716 F.3d 1199 (9th Cir. 2013), is amended as follows to correct a clerical error:

The sentence "We therefore do not remand in order to allow the BIA to apply its decision in *In Re Leal*.", which appears at 716 F.3d at 1209, is deleted from the majority opinion.